IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00247-CBS           Date: July 11, 2014
Courtroom Deputy: Amanda Montoya        FTR – Reporter Deck-Courtroom A402

*Parties:*                              *Counsel:*

CRAIG C. RALSTON                        *Pro Se* (by telephone)

Plaintiff,

v.

HOSEA CANNON                            Evan Lee

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:53 a.m.**
Court calls case. Appearances of counsel.

Plaintiff's new temporary address is: Colorado State Penitentiary P.O. Box 777 Cell house E2, Canon City, CO 801215. The Plaintiff must notify the Court in writing each and every time he is re-located and must send a copy of that letter to defense counsel.

Plaintiff has already submitted Pilot Project consent form and Defense counsel will file their consent form today.

Discussion regarding Motion for Reconsideration re[9] Order, Add, and Terminate Parties. Plaintiff has not satisfied the basis for reconsideration. The location of Plaintiff's case materials is unknown since his relocation.

**ORDERED:** Motion for Reconsideration re [9] Order, Add and Terminate Parties [12] is **DENIED.**

Motion to Strike Plaintiff's Surreply [25] is **DENIED**.

Motion to Dismiss Prisoner Complaint [19] is **Granted in part and Denied in Part.** The motion is granted in respects to Injunctive Relief and Equal Protection Claim. The remainder of the motion is denied.

       A Telephonic Status Conference is set for August 20, 2014 at 10:45 a.m. to discuss further deadlines in the case.

Hearing Concluded.

**Court in recess: 10:24 a.m.**
Time in court: 00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.