IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00247-CBS | Date:  August 18, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

CRAIG C. RALSTON,                             *Pro se* (by phone)

Plaintiff,

v.

HOSEA CANNON,                                  Evan Lee

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: DISCOVERY HEARING**
**Court in session: 09:17 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[54] Motion to Compel Discovery Pursuant to Fed. R. Civ. P. Rule 37(a).*  Discussion regarding the discovery requests within the motion and what has been produced.

**ORDERED:** *[54] Motion to Compel Discovery Pursuant to Fed. R. Civ. P. Rule 37(a)* is **DENIED** as stated on the record.

The Defendant shall look for responsive documents and produce them to Mr. Ralston as stated on the record.  Mr. Ralston will provide a list to Plaintiff's counsel containing the names of individuals that he believes were denied a religious diet by Chaplain Cannon.

If future discovery disputes arise, parties shall confer in an attempt to resolve the issue.  If a dispute remains, Mr. Lee shall contact Magistrate Judge Shaffer's chambers at (303) 844-2117 to schedule a discovery hearing.

Hearing Concluded.
**Court in recess: 09:49 a.m.**  Total time in court: 00:32

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.